#058234

ORIGINAL

FILED
JUL 23 2003
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #: 03-1759T

JUDGE:____________________

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**AN APPLICATION FOR HABEAS CORPUS CUM CAUSA RELIEF WITH MOTION TO NOTICE INTERESTED PARTIES**

JURISDICTION FOR HABEAS CORPUS JOINED WITH A CLAIM OF AN ILLEGAL ASSESSMENT

I.

The court's jurisdiction for claims of an illegal assessment claim against the United States joined with the privilege of habeas corpus is Title 28, United States Code, sections 1346(a)(2) and 1346(a)(1).

II.

The statutory authority for this suit is Title 5, United States Code, section 704 as Title 26, United States Code, section 7426(a) authorizes review of illegal assessments and no adequate remedy exists for review by habeas corpus in district courts.

VENUE

III.

The venue of the proceeding is set in the United States Court of Federal Claims as a court of competent jurisdiction to stay the tax collection process under the internal-revenue laws.

IV.

The venue of the proceeding is further set in the United States Court of Federal Claims as a court of competent jurisdiction to stay the judicial power of the United States for the purpose of claiming a federally protected privilege of habeas corpus relief.

## STATEMENT OF CLAIM

V.

The petitioner claimed a civil right not to engage in a for profit activity for the tax years 1992 thru 1999, 2001, and 2002 on Internal Revenue Service forms 1040 and 1040X.

VI.

The Internal Revenue Service failed to follow the mandates of Congress for these claims.

VII.

The omissions by the Internal Revenue Service resulted in illegal assessments.

VIII.

The petitioner is claiming the privilege of habeas corpus to litigate these issues.

IX.

The pleadings in "Special Matters # 2" thru "Special Matters # 11" are adopted herein in support.

## DEMAND FOR JUDGMENT

X.

The petitioner is demanding a privilege of habeas corpus relief which is:

1. An evidentiary hearing for forthwith relief, or in the alternative
2. An order to issue to show cause why the relief should not be granted.

XI.

The demand is for a summary hearing on the motions required to support habeas corpus relief including the following issues:

1. Motion for leave to file.

2. Notice to interested parties.

3. Joinder of necessary parties.

4. Joinder of remedies (if required).

5. Stay of taxing power of United States.

6. Illegal assessments.

7. Compensation in the amount of $250,000.00 for each illegal assessment.

8. Judicial notice of adjudicated facts.

PLEADING SPECIAL MATTERS
XII.

The petitioner hereby adopts "Pleading Special Matters - 1" thru "Pleading Matters # 11" by reference herein in support of the petition.

GROUND I.

An illegal assessment has issued by the IRS due to an omission founded on Title 26, Code of Federal Regulations, section 1.211-1.

FACT 1: The petitioner claimed an election to not engage in a for profit activity on an Internal Revenue Service Form 1040.

FACT 2: The election is claimed by itemizing a deduction for compensation for personal services actually rendered using an Internal Revenue Service Schedule A (Form 1040) - Itemized Deductions form and Form 8275 - Disclosure Statement.

FACT 3: The money earned was a necessary expense for the production of income.

EVIDENCE:

Exhibits 1 thru 10: The attached "Pleading Special Matters #2" thru "Pleading Special Matters # 11" are adopted herein by reference.

Exhibits 11 thru 20: The illegal assessment by the Internal Revenue Service.

Exhibit 21: The negative averment that the respondent cannot produce specific statutory authority for taxing the item of gross income called "compensation for personal services actually rendered."

Wherefore the petitioner moves for forthwith relief or in the alternative moves for an order to show cause why the relief in the petition should not issue. The brief hereto attached is adopted herein in support.

Executed on this 16th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Telephone: 337 234-1220
Fax: 337 234-1066

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #:** ____________________

**JUDGE**______________________________

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**BRIEF IN SUPPORT OF MOTION FOR NOTICE TO INTERESTED PARTIES**

The authority for the motion is RCFC 14 (b)(1), (2) and (3). In support the court is shown the following:

The name and address of the first party to be noticed is:

Secretary of State Colin L. Powell
Washington, D.C.

The interest in this proceeding is the petitioner will be moving for mandatory joinder under the provisions of RFCF 19 (a) and the party will be unable to respond to this issue without notice.

The second party to be noticed is:

John H. Vories
18540 Soledad Canyon Road, #108
Santa Clarita, CA 91351

The interest in the proceeding is that the petitioner will be moving for mandatory joinder under Rule 19 (a) and the party will be unable to respond to this issue without this notice.

Wherefore the Petitioner moves for forthwith relief on the motion for notice or in the alternative an order to issue to show cause why the relief in the petition should not be granted.

Executed on this 16th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #:** ____________________

**JUDGE**________________________________

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 1**

The authority for this pleading is RCFC 9. (c), (h)(2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
CITATION OF STATUTES & REGULATIONS FOR PRIVILEGE CLAIMED

a. The petitioner is claiming the privilege of Habeas Corpus Cum Causa.

b. The privilege is founded upon a claim of United States citizenship and equal rights under the 14th Amendment.

c. This is a claim founded upon Amendment VII. and this right was extended to United States citizens by the 14th Amendment which gave Congress the authority to enforce this right by legislation.

d. The claim is a procedural right for the petitioner to use a legal procedure called a "petition" to redress a grievance with government.

e. The United States Congress legislated Title 28, United States Code, section 1346(2) and authorized suits of the following kinds:

"Any other civil action. . ."

The other civil action is a petition for writ of Habeas Corpus Cum Causa.

f. The United States Congress further legislated Title 5, United States Code, section 703. Under form of proceeding the following civil right exists:

> "The form of proceeding for judicial review . . . in the absence . . . thereof, any applicable form of legal action, including . . . habeas corpus."

II.
OWNERSHIP OF CLAIM

The party shown has ownership of a claim of the privilege of habeas corpus cum causa due to the following conditions precedent:

a. The United States extended this privilege to United States citizens.

b. The petitioner acquired United States citizenship by naturalization on November 26, 1986.

c. The Secretary of State of the United States has the authority to verify this claim.

d. The United States Congress has not created a statutory form for review of denial of civil rights by the Internal Revenue Service.

e. The United States Congress has not created a statutory form for review of denial of civil rights by a state government.

I hereby verify under the penalties of perjury that the foregoing is true and correct.

Executed on this 16th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 2 & EXHIBIT 11**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1992.

c. The name(s), address, and identification number(s) appearing on the return are:

John H. Vories
18540 Soledad Canyon Road, #108
Santa Clarita, CA 91351
Social Security No: 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

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $5,848.46.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

a. The first election or civil right claimed was an election to itemize on an Internal Revenue Service Form 1040 and Schedule A (Form 1040) founded on Title 26, United States Code, section 63 (e):

"Any election under this subsection shall be made on the taxpayer's return . . .".

b. The second right claimed was to make an election to not engage in a profit making activity founded on Title 26, United States Code, Chapter 1, section 183 (e)(3) entitled "Activities not engaged in for profit":

"(3) Election
An election under paragraph (1) shall be made at such time and manner, and subject to such terms and conditions, as the Secretary may prescribe."

This election was made on an Internal Revenue Service Form 8275 - Disclosure Statement.

c. Title 26, United States Code, section 183(b)(1) is entitled "Deductions allowable" and creates a third civil right to use any deduction under Chapter 1 of Title 26:

> "The deductions which would be allowable under this chapter for the taxable year without regard to whether or not such activity is engaged in for profit, and . . .".

d. The deduction claimed is founded on Title 26, United States Code, Chapter 1, section 1341. Section 1341 (a)(5)(B) stipulates the following civil right exists:

> "The decrease in tax under this chapter (or the corresponding provisions of prior revenue code) . . ." and

> "For purposes of paragraph (5)(B), the corresponding provisions of the Internal Revenue Code of 1939 shall be chapter 1 of such code . . ."

e. The decrease in tax chosen from Internal Revenue Code of 1939 is founded on Chapter 1, Subchapter B, Section 23 entitled "Deduction From Gross Income" which allows a deduction for:

> ". . . or compensation for personal services actually rendered."

f. Title 26, United States Code, section 183 (c) stipulates that "an activity not engaged in for profit" is defined in either section 162 or under paragraph (1) and (2) of section 212.

g. The claim for relief being litigated herein is founded on Title 26, United States Code, section 212 (1) entitled "Expenses for production of income":

> "In the case of an individual, there shall be allowed as a deduction all the ordinary and necessary expenses . . . incurred during the taxable year - (1) for the production . . . of income;".

h. The intent of the taxpayer is to claim that the money acquired by the right of accession is a necessary expense for the production of income.

j. The intent of Congress claimed is founded in Title 26, Code of Federal Regulations, section 1.211-1 which mandates the Internal Revenue Service to follow this procedure:

> "In computing taxable income under section 63(a), the deduction provided by sections 212 . . . shall be allowed. . . "

The omission under this section resulted in the levy.

III.
OWNERSHIP OF CLAIM

The party shown has ownership of a claim on money due in a tax refund suit due to the following conditions precedent:

a. A contract exists with a taxpayer to make a claim for refund of overpaid income tax in the above listed action.

b. The consideration was made on December 16, 2002.

c. The third party filer asserting this ownership is:

Richard Ortt, DBA Compensation Consultants Inc
304 La Rue France, Suite 206
Lafayette, LA 70508
CAF No: 0200-35952R.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 16th day of July, 2003.

Richard J Ortt
Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

Form 668-W(c) (Rev. January 2001) Department of the Treasury - Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: 08/20/2002

EXHIBIT 11

IRS ADDRESS:
IRS/AUTOMATED COLLECTION SERVICE
P.O. BOX 24017
FRESNO, CA. 93776

TELEPHONE NUMBER OF IRS OFFICE: SEQNUM 00202
TOLL FREE 1-800-829-7650
WI

TO: P 95-2835979 DPC05

RITZ PLUMBING SERVICE INC.
1355 S LA BREA AVE
LOS ANGELES CA 90019-2916550

NAME AND ADDRESS OF TAXPAYER:
JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA CA 91351-7820338

IDENTIFYING NUMBER(S): 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
VORI A 00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1990 | $ 541.02 | $ 472.88 | $ 1,013.90 |
| 1040A | 12-31-1992 | $ 3,201.26 | $ 2,647.20 | $ 5,848.46 |
| 1040A | 12-31-1993 | $ 7,534.94 | $ 6,273.51 | $ 13,808.45 |
| 1040A | 12-31-1994 | $ 5,671.29 | $ 3,638.05 | $ 9,309.34 |
| CIVPEN | 12-31-1992 | $ 500.00 | $ 210.42 | $ 710.42 |
| CIVPEN | 12-31-1993 | $ 500.00 | $ 210.42 | $ 710.42 |
| CIVPEN | 12-31-1994 | $ 500.00 | $ 262.47 | $ 762.47 |
| CIVPEN | 12-31-1995 | $ 1,000.00 | $ 242.53 | $ 1,242.53 |
| CIVPEN | 12-31-1996 | $ 500.00 | $ 244.27 | $ 744.27 |

Employer or Other Addressee: Please complete the back of this page.

Total Amount Due ▶ $ 34,150.26

We figured the interest and late payment penalty to 09/19/2002

**Statement of Exemptions and Filing Status (to be completed by taxpayer; instructions are on the back of part 5)**

My filing status for my income tax return is (check one): ☐ Single; ☐ Married Filing a Joint Return; ☐ Married Filing a Separate Return; ☐ Head of Household; or ☐ Qualifying Widow(er) with dependent child

ADDITIONAL STANDARD DEDUCTION: ____________ (enter amount only if you or your spouse is at least 65 and/or blind).

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name *(Last, first, middle initial)* | Relationship *(Husband, wife, son, daughter, etc.)* | Social Security Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Taxpayer's signature | Date



Part 3 - RETURN TO IRS

FORM 668-W(c) (Rev.1-01) 15748F

EXHIBIT !!

FROM : RITZ PLUMBING FAX NO. : 3239351857 Apr. 08 2003 06:23AM P1

WI

APR 0 8 2003

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0025

Date of this notice: APR. 7, 2003
Taxpayer Identifying Number 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
Form: 1040 Tax Period: DEC. 31, 2002

For assistance you may call us at:

1-800-829-0922

CALLER ID: 536934

JOHN H VORIES
18540 SOLEDAD CYN RD APT 168
SANTA CLARITA CA 91351-7820338

OVERPAID TAX APPLIED TO OTHER TAXES YOU OWE

WE APPLIED $3,920.00 OF THE OVERPAID TAX ON YOUR 2002 TAX RETURN TO THE UNPAID BALANCE OF OTHER FEDERAL TAXES WHICH OUR RECORDS SHOW YOU OWE.

YOU MAY STILL BE DUE A REFUND IF WE APPLIED ONLY PART OF YOUR OVERPAYMENT TO OTHER TAXES. YOU ALSO MAY BE DUE A REFUND IF YOU RECENTLY MADE A PAYMENT AGAINST THE OTHER TAXES THAT WE HAD NOT CREDITED WHEN WE APPLIED YOUR OVERPAYMENT. IN EITHER CASE, YOU WILL RECEIVE A CHECK FOR ANY REFUND DUE YOU AS LONG AS THE AMOUNT IS GREATER THAN ONE DOLLAR. YOU MUST REQUEST A REFUND OF LESS THAN ONE DOLLAR. IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT THE NUMBER LISTED ABOVE.

THE FIGURES BELOW SHOW OUR CALCULATION:

HOW WE APPLIED YOUR OVERPAYMENT

| | |
|---|---|
| AMOUNT OF OVERPAID TAX ON YOUR RETURN............ | $3,920.00 |
| AMOUNT OF INTEREST YOU EARNED ON OVERPAYMENT..... | $.00 |
| TOTAL AMOUNT DUE YOU............................. | $3,920.00 |
| TOTAL AMOUNT APPLIED............................. | $3,920.00 |
| AMOUNT YOU WILL RECEIVE AS A REFUND.............. (ANY INTEREST DUE YOU WILL BE ADDED) | $.00 |

WHERE WE APPLIED YOUR OVERPAYMENT

| FORM(S) | TAX PERIOD(S) | AMOUNT(S) APPLIED | BALANCE REMAINING |
|---|---|---|---|
| 1040 | DEC. 31, 1992 | $98.07 | $.00 |
| 1040 | DEC. 31, 1993 | $3,821.93 | $10,371.72 |

HELPFUL HINT: FOR FASTER SERVICE, TRY CALLING US ANY DAY EXCEPT MONDAY WHEN OUR CALL VOLUMES ARE HIGHEST.

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER BEST TIME TO CALL
( ) -

WI

200313 89221-072-38435-3

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0025

49

JOHN H VORIES
18540 SOLEDAD CYN RD APT 168
SANTA CLARITA CA 91351-7820338

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #:** ____________________

**JUDGE**______________________________

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 3 & EXHIBIT 12**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1993.

c. The name(s), address, and identification number(s) appearing on the return are:

John H. Vories
18540 Soledad Canyon Road, #108
Santa Clarita, CA 91351
Social Security No: 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

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $15,042.06.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

## II.
## CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters # 2, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

## III.
## OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #2, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 16th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

Form 668-W(c) (Rev. January 2001) Department of the Treasury - Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: 08/20/2002

IRS ADDRESS:
IRS/AUTOMATED COLLECTION SERVICE
P.O. BOX 24017
FRESNO, CA. 93776

EXHIBIT 12

TELEPHONE NUMBER OF IRS OFFICE: SEQNUM 00202
TOLL FREE 1-800-829-7650
WI

NAME AND ADDRESS OF TAXPAYER:
JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA CA 91351-7820338

TO: P 95-2835979 DPC05

RITZ PLUMBING SERVICE INC.
1355 S LA BREA AVE
LOS ANGELES CA 90019-2916550

IDENTIFYING NUMBER(S): 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
VORI A 00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1990 | $ 541.02 | $ 472.88 | $ 1,013.90 |
| 1040A | 12-31-1992 | $ 3,201.26 | $ 2,647.20 | $ 5,848.46 |
| 1040A | 12-31-1993 | $ 7,534.94 | $ 6,273.51 | $ 13,808.45 |
| 1040A | 12-31-1994 | $ 5,671.29 | $ 3,638.05 | $ 9,309.34 |
| CIVPEN | 12-31-1992 | $ 500.00 | $ 210.42 | $ 710.42 |
| CIVPEN | 12-31-1993 | $ 500.00 | $ 210.42 | $ 710.42 |
| CIVPEN | 12-31-1994 | $ 500.00 | $ 262.47 | $ 762.47 |
| CIVPEN | 12-31-1995 | $ 1,000.00 | $ 242.53 | $ 1,242.53 |
| CIVPEN | 12-31-1996 | $ 500.00 | $ 244.27 | $ 744.27 |

Employer or Other Addresses: Please complete the back of this page.

Total Amount Due ▶ $ 34,150.26

We figured the interest and late payment penalty to 09/19/2002

**Statement of Exemptions and Filing Status (to be completed by taxpayer; instructions are on the back of part 5)**

My filing status for my income tax return is (check one): ☐ Single; ☐ Married Filing a Joint Return;
☐ Married Filing a Separate Return; ☐ Head of Household; or ☐ Qualifying Widow(er) with dependent child

ADDITIONAL STANDARD DEDUCTION: ________________ (enter amount only if you or your spouse is at least 65 and/or blind).

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, first, middle initial) | Relationship (Husband, wife, son, daughter, etc.) | Social Security Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Taxpayer's signature | Date



Part 3 - RETURN TO IRS

FORM 668-W(c) (Rev.1-01) 16743F

EXHIBIT 12

WI

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0010

APR 28 2003

Date of this notice: APR. 21, 2003
Taxpayer Identifying Number 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
Form: CVL PEN Tax Period: DEC. 31, 1993

For assistance you may call us at:

1-800-829-0922

CALLER ID: 536934

JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA CA 91351-7820338

NOTICE OF PENALTY CHARGE

666

YOU HAVE BEEN CHARGED A PENALTY UNDER SECTION 6702 OF THE INTERNAL REVENUE CODE FOR FILING A FRIVOLOUS RETURN.

TAX STATEMENT

| | |
|---|---|
| PRIOR BALANCE | $500.00 |
| PENALTY ASSESSMENT | 500.00 |
| INTEREST CHARGED | 233.61 |
| BAD CHECK PENALTY | .00 |
| BALANCE DUE | $1,233.61 |

WE CHARGED YOU A PENALTY OF $500 FOR FILING A TAX RETURN THAT CONTAINED FRIVOLOUS ARGUMENTS TO REDUCE TAXES OR DELAY COLLECTION OF TAXES. THE DEDUCTION YOU CLAIMED DOESN'T HAVE A LEGAL BASIS, SO IT REPRESENTS A FRIVOLOUS POSITION.

IF YOU WANT US TO REMOVE OR REDUCE ANY OF THE PENALTIES WE CHARGED, YOU MUST PAY THE ENTIRE PENALTY AND FILE A CLAIM FOR A REFUND ON FORM 843, CLAIM FOR REFUND AND REQUEST FOR ABATEMENT, BY MAY 21, 2003. IF THE PENALTY IS ON A RETURN THAT YOU FILED BEFORE 1990, YOU ONLY NEED TO PAY 15% OF THE PENALTY BEFORE YOU FILE A CLAIM FOR REFUND. FORM 843 IS AVAILABLE IN MOST IRS OFFICES, OR YOU CAN ORDER ONE BY CALLING TOLL-FREE 1-800-829-3676.

IF WE DENY YOUR CLAIM, YOU MAY FILE A SUIT IN THE UNITED STATES DISTRICT COURT OR CLAIMS COURT WITHIN 30 DAYS AFTER THE DATE WE DENIED YOUR CLAIM OR WITHIN SIX MONTHS AND 30 DAYS AFTER THE DATE YOU FILED YOUR CLAIM, WHICHEVER IS EARLIER.

IF YOU DON'T FILE A CLAIM OR A SUIT WITHIN THE TIME LIMITS, YOU MUST PAY THE FULL AMOUNT SHOWN.

C02836/

WI

EXHIBIT 12

APR 0 8 2003

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0025

Date of this notice: APR. 7, 2003
Taxpayer Identifying Number 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
Form: 1040 Tax Period: DEC. 31, 2002

For assistance you may call us at:

1-800-829-0922

CALLER ID: 536934

JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA CA 91351-7820338

OVERPAID TAX APPLIED TO OTHER TAXES YOU OWE

WE APPLIED $3,920.00 OF THE OVERPAID TAX ON YOUR 2002 TAX RETURN TO THE UNPAID BALANCE OF OTHER FEDERAL TAXES WHICH OUR RECORDS SHOW YOU OWE.

YOU MAY STILL BE DUE A REFUND IF WE APPLIED ONLY PART OF YOUR OVERPAYMENT TO OTHER TAXES. YOU ALSO MAY BE DUE A REFUND IF YOU RECENTLY MADE A PAYMENT AGAINST THE OTHER TAXES THAT WE HAD NOT CREDITED WHEN WE APPLIED YOUR OVERPAYMENT. IN EITHER CASE, YOU WILL RECEIVE A CHECK FOR ANY REFUND DUE YOU AS LONG AS THE AMOUNT IS GREATER THAN ONE DOLLAR. YOU MUST REQUEST A REFUND OF LESS THAN ONE DOLLAR. IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT THE NUMBER LISTED ABOVE.

THE FIGURES BELOW SHOW OUR CALCULATION:

HOW WE APPLIED YOUR OVERPAYMENT

| | |
|---|---|
| AMOUNT OF OVERPAID TAX ON YOUR RETURN............ | $3,920.00 |
| AMOUNT OF INTEREST YOU EARNED ON OVERPAYMENT..... | $.00 |
| TOTAL AMOUNT DUE YOU............................. | $3,920.00 |
| TOTAL AMOUNT APPLIED............................. | $3,920.00 |
| AMOUNT YOU WILL RECEIVE AS A REFUND.............. (ANY INTEREST DUE YOU WILL BE ADDED) | $.00 |

WHERE WE APPLIED YOUR OVERPAYMENT

| FORM(S) | TAX PERIOD(S) | AMOUNT(S) APPLIED | BALANCE REMAINING |
|---|---|---|---|
| 1040 | DEC. 31, 1992 | $98.07 | $.00 |
| 1040 | DEC. 31, 1993 | $3,821.93 | $10,371.72 |

HELPFUL HINT: FOR FASTER SERVICE, TRY CALLING US ANY DAY EXCEPT MONDAY WHEN OUR CALL VOLUMES ARE HIGHEST.

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER BEST TIME TO CALL
( ) -

WI

200313 89221-072-38435-3

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0025

49

JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA CA 91351-7820338

555235151 VO 0000 30 0 199313

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 4 & EXHIBIT 13**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1994.

c. The name(s), address, and identification number(s) appearing on the return are:

John H. Vories
18540 Soledad Canyon Road, #108
Santa Clarita, CA 91351
Social Security No: 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

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $10,071.81.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters # 2, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #2, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 16th day of July, 2003.

Richard J Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

Form 668-W(c) (Rev. January 2001)

Department of the Treasury – Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: 08/20/2002

IRS ADDRESS:
IRS/AUTOMATED COLLECTION SERVICE
P.O. BOX 24017
FRESNO, CA. 93776

EXHIBIT 13

TELEPHONE NUMBER OF IRS OFFICE: #SEQNUM 00202
TOLL FREE 1-800-829-7650
WI

NAME AND ADDRESS OF TAXPAYER:
JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA CA 91351-7820338

TO: P 95-2835979 DPC05

RITZ PLUMBING SERVICE INC.
1355 S LA BREA AVE
LOS ANGELES CA 90019-2916550

IDENTIFYING NUMBER(S): 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
VORI A 00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1990 | $ 541.02 | $ 472.88 | $ 1,013.90 |
| 1040A | 12-31-1992 | $ 3,201.26 | $ 2,647.20 | $ 5,848.46 |
| 1040A | 12-31-1993 | $ 7,534.94 | $ 6,273.51 | $ 13,808.45 |
| 1040A | 12-31-1994 | $ 5,671.29 | $ 3,638.05 | $ 9,309.34 |
| CIVPEN | 12-31-1992 | $ 500.00 | $ 210.42 | $ 710.42 |
| CIVPEN | 12-31-1993 | $ 500.00 | $ 210.42 | $ 710.42 |
| CIVPEN | 12-31-1994 | $ 500.00 | $ 262.47 | $ 762.47 |
| CIVPEN | 12-31-1995 | $ 1,000.00 | $ 242.53 | $ 1,242.53 |
| CIVPEN | 12-31-1996 | $ 500.00 | $ 244.27 | $ 744.27 |

Employer or Other Addressee: Please complete the back of this page.

Total Amount Due ▶ $ 34,150.26

We figured the interest and late payment penalty to 09/19/2002

**Statement of Exemptions and Filing Status (to be completed by taxpayer; instructions are on the back of part 5)**

My filing status for my income tax return is (check one): ☐ Single; ☐ Married Filing a Joint Return; ☐ Married Filing a Separate Return; ☐ Head of Household; or ☐ Qualifying Widow(er) with dependent child

ADDITIONAL STANDARD DEDUCTION: ________ (enter amount only if you or your spouse is at least 65 and/or blind).

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name *(Last, first, middle initial)* | Relationship *(Husband, wife, son, daughter, etc.)* | Social Security Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Taxpayer's signature | Date



Part 3 - RETURN TO IRS

FORM 668-W(c) (Rev.1-01) 16748F

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #:** ____________________

**JUDGE**______________________________

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 5 & EXHIBIT 14**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1995.

c. The name(s), address, and identification number(s) appearing on the return are:

John H. Vories
18540 Soledad Canyon Road, #108
Santa Clarita, CA 91351
Social Security No: 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

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $15,444.59.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters # 2, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #2, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 16th day of July, 2003.

Richard J. Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

EXHIBIT 14

**Department of the Treasury**

**Internal Revenue Service**

**Letter Date:** 03/17/2003

**CERTIFIED MAIL** 7118 6431 5084 5924 3214

JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA, CA 91351-7820

**Taxpayer Identification Number:**
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
**Person to Contact:**
P ROGERS
**Contact Identification Number:**
17-00FRES
**Contact Telephone Number:**
(800) 829-7650

**Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320**

We filed a Notice of Federal Tax Lien on 03/12/2003 because our records show the following:

| Type of Tax | Tax Period | Amount Owed |
|---|---|---|
| 1040 | 12/31/1995 | 13661.48 |
| 1040 | 12/31/1996 | 8136.30 |
| 6702 | 12/31/1998 | 500.00 |

The lien attaches to all property you currently own and to all property you may acquire in the future. It may also damage your credit rating and hinder your ability to obtain additional credit.

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights*.

If you want to request a hearing, please complete the enclosed form 12153, *Request for a Collection Due Process Hearing*, and mail it to:

Internal Revenue Service
PO BOX 24017
FRESNO, CA 93779

You must request your hearing by 04/18/2003.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed. To get your current balance, contact the person whose name and telephone appear at the top of this letter.

(over)

Letter 3172 (DO) rev. (11-2000)
Catalog No. 257671

EXHIBIT 14

WI

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0010

Date of this notice: APR. 21, 2003
Taxpayer Identifying Number 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
Form: CVL PEN Tax Period: DEC. 31, 1995

APR 28 2003

For assistance you may call us at:

1-800-829-0922

CALLER ID: 536934

JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA CA 91351-7820338

NOTICE OF PENALTY CHARGE 666

YOU HAVE BEEN CHARGED A PENALTY UNDER SECTION 6702 OF THE INTERNAL REVENUE CODE FOR FILING A FRIVOLOUS RETURN.

TAX STATEMENT

| | |
|---|---|
| PRIOR BALANCE | $1,000.00 |
| PENALTY ASSESSMENT | 500.00 |
| INTEREST CHARGED | 283.11 |
| BAD CHECK PENALTY | .00 |
| BALANCE DUE | $1,783.11 |

WE CHARGED YOU A PENALTY OF $500 FOR FILING A TAX RETURN THAT CONTAINED FRIVOLOUS ARGUMENTS TO REDUCE TAXES OR DELAY COLLECTION OF TAXES. THE DEDUCTION YOU CLAIMED DOESN'T HAVE A LEGAL BASIS, SO IT REPRESENTS A FRIVOLOUS POSITION.

IF YOU WANT US TO REMOVE OR REDUCE ANY OF THE PENALTIES WE CHARGED, YOU MUST PAY THE ENTIRE PENALTY AND FILE A CLAIM FOR A REFUND ON FORM 843, CLAIM FOR REFUND AND REQUEST FOR ABATEMENT, BY MAY 21, 2003. IF THE PENALTY IS ON A RETURN THAT YOU FILED BEFORE 1990, YOU ONLY NEED TO PAY 15% OF THE PENALTY BEFORE YOU FILE A CLAIM FOR REFUND. FORM 843 IS AVAILABLE IN MOST IRS OFFICES, OR YOU CAN ORDER ONE BY CALLING TOLL-FREE 1-800-829-3676.

IF WE DENY YOUR CLAIM, YOU MAY FILE A SUIT IN THE UNITED STATES DISTRICT COURT OR CLAIMS COURT WITHIN 30 DAYS AFTER THE DATE WE DENIED YOUR CLAIM OR WITHIN SIX MONTHS AND 30 DAYS AFTER THE DATE YOU FILED YOUR CLAIM, WHICHEVER IS EARLIER.

IF YOU DON'T FILE A CLAIM OR A SUIT WITHIN THE TIME LIMITS, YOU MUST PAY THE FULL AMOUNT SHOWN.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 6 & EXHIBIT 15**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1996.

c. The name(s), address, and identification number(s) appearing on the return are:

John H. Vories
18540 Soledad Canyon Road, #108
Santa Clarita, CA 91351
Social Security No: 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

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $8,136.30.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters # 2, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #2, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 16th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

EXHIBIT 15

**Department of the Treasury**

**Internal Revenue Service**

**Letter Date:** 03/17/2003

**CERTIFIED MAIL** 7118 6431 5084 5924 3214

JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA, CA 91351-7820

**Taxpayer Identification Number:**
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
**Person to Contact:**
P ROGERS
**Contact Identification Number:**
17-00FRES
**Contact Telephone Number:**
(800) 829-7650

**Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320**

We filed a Notice of Federal Tax Lien on 03/12/2003 because our records show the following:

| Type of Tax | Tax Period | Amount Owed |
|---|---|---|
| 1040 | 12/31/1995 | 13661.48 |
| 1040 | 12/31/1996 | 8136.30 |
| 6702 | 12/31/1998 | 500.00 |

The lien attaches to all property you currently own and to all property you may acquire in the future. It may also damage your credit rating and hinder your ability to obtain additional credit.

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights.*

If you want to request a hearing, please complete the enclosed form 12153, *Request for a Collection Due Process Hearing,* and mail it to:

Internal Revenue Service
PO BOX 24017
FRESNO, CA 93779

You must request your hearing by 04/18/2003.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed. To get your current balance, contact the person whose name and telephone appear at the top of this letter.

(over)

Letter 3172 (DO) rev. (11-2000)
Catalog No. 267671

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 7 & EXHIBIT 16**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1997.

c. The name(s), address, and identification number(s) appearing on the return are:

John H. Vories
18540 Soledad Canyon Road, #108
Santa Clarita, CA 91351
Social Security No: 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

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $15,157.51.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters # 2, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #2, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 16th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

C005071 29247-570-00047-3 200326 CP: 22E

EXHIBIT 16 WI 1

JUL 0 7 2003

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0010

Date of this notice: JULY 7, 2003
Taxpayer Identifying Number 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
Form: 1040A Tax Period: DEC. 31, 1997

For assistance you may call us at:
1-800-829-0922

JOHN H VORIES
%RICHARD ORTT
304 LA RUE FRANCE STE 206
LAFAYETTE LA 70508

## WE CHANGED YOUR ACCOUNT

THE CHANGE(S) BELOW RESULTED FROM AN EXAMINATION OF YOUR TAX RETURN SHOWN ABOVE. PLEASE SEE YOUR COPY OF THE EXAMINATION REPORT FOR A DETAILED EXPLANATION OF THE CHANGES.

IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT THE NUMBER LISTED ABOVE.

## STATEMENT OF ACCOUNT

| | |
|---|---|
| ACCOUNT BALANCE BEFORE EXAMINATION ACTION | NONE |
| INCREASE IN TAX BECAUSE OF EXAMINATION ACTION | $7,261.00 |
| CREDIT ADDED -- TAX WITHHELD | 57.00CR |
| LATE PAYMENT PENALTY ADDED | 1,801.00 |
| FILING LATE PENALTY ADDED | 1,620.90 |
| ESTIMATED TAX PENALTY ADDED | 385.06 |
| INTEREST CHARGED | 4,146.55 |
| AMOUNT YOU NOW OWE | $15,157.51 |

PLEASE PAY THE FULL AMOUNT BY JULY 28, 2003. IF YOU'VE ALREADY PAID YOUR TAX IN FULL OR ARRANGED FOR AN INSTALLMENT AGREEMENT, PLEASE DISREGARD THIS NOTICE.

IF YOU HAVEN'T PAID, MAIL YOUR CHECK OR MONEY ORDER AND THE TEAR-OFF STUB FROM THE LAST PAGE OF THIS NOTICE. MAKE YOUR CHECK PAYABLE TO UNITED STATES TREASURY AND WRITE YOUR SOCIAL SECURITY NUMBER ON IT. IF YOU CAN'T PAY IN FULL, PLEASE CALL US TO DISCUSS PAYMENT.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 8 & EXHIBIT 17**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1998.

c. The name(s), address, and identification number(s) appearing on the return are:

John H. Vories
18540 Soledad Canyon Road, #108
Santa Clarita, CA 91351
Social Security No: 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

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $1,032.27.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters # 2, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #2, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 16th day of July, 2003.

Richard Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

EXHIBIT 17 WI

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0010

APR 28 2003

Date of this notice: APR. 21, 2003
Taxpayer Identifying Number 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
Form: CVL PEN Tax Period: DEC. 31, 1998

For assistance you may call us at:

1-800-829-0922

CALLER ID: 536934

JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA CA 91351-7820338

NOTICE OF PENALTY CHARGE 666

YOU HAVE BEEN CHARGED A PENALTY UNDER SECTION 6702 OF THE INTERNAL REVENUE CODE FOR FILING A FRIVOLOUS RETURN.

TAX STATEMENT

| | |
|---|---|
| PRIOR BALANCE | $500.00 |
| PENALTY ASSESSMENT | 500.00 |
| INTEREST CHARGED | 32.27 |
| BAD CHECK PENALTY | .00 |
| BALANCE DUE | $1,032.27 |

WE CHARGED YOU A PENALTY OF $500 FOR FILING A TAX RETURN THAT CONTAINED FRIVOLOUS ARGUMENTS TO REDUCE TAXES OR DELAY COLLECTION OF TAXES. THE DEDUCTION YOU CLAIMED DOESN'T HAVE A LEGAL BASIS, SO IT REPRESENTS A FRIVOLOUS POSITION.

IF YOU WANT US TO REMOVE OR REDUCE ANY OF THE PENALTIES WE CHARGED, YOU MUST PAY THE ENTIRE PENALTY AND FILE A CLAIM FOR A REFUND ON FORM 843, CLAIM FOR REFUND AND REQUEST FOR ABATEMENT, BY MAY 21, 2003. IF THE PENALTY IS ON A RETURN THAT YOU FILED BEFORE 1990, YOU ONLY NEED TO PAY 15% OF THE PENALTY BEFORE YOU FILE A CLAIM FOR REFUND. FORM 843 IS AVAILABLE IN MOST IRS OFFICES, OR YOU CAN ORDER ONE BY CALLING TOLL-FREE 1-800-829-3676.

IF WE DENY YOUR CLAIM, YOU MAY FILE A SUIT IN THE UNITED STATES DISTRICT COURT OR CLAIMS COURT WITHIN 30 DAYS AFTER THE DATE WE DENIED YOUR CLAIM OR WITHIN SIX MONTHS AND 30 DAYS AFTER THE DATE YOU FILED YOUR CLAIM, WHICHEVER IS EARLIER.

IF YOU DON'T FILE A CLAIM OR A SUIT WITHIN THE TIME LIMITS, YOU MUST PAY THE FULL AMOUNT SHOWN.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 9 & EXHIBIT 18**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1999.

c. The name(s), address, and identification number(s) appearing on the return are:

John H. Vories
18540 Soledad Canyon Road, #108
Santa Clarita, CA 91351
Social Security No: 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

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $500.00.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters # 2, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #2, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 16th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

EXHIBIT 18 WI

APR 28 2003

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0010

Date of this notice: APR. 21, 2003
Taxpayer Identifying Number 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
Form: CVL PEN Tax Period: DEC. 31, 1999

For assistance you may call us at:

1-800-829-0922

CALLER ID: 536934

JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA CA 91351-7820338

NOTICE OF PENALTY CHARGE 666

YOU HAVE BEEN CHARGED A PENALTY UNDER SECTION 6702 OF THE INTERNAL REVENUE CODE FOR FILING A FRIVOLOUS RETURN.

TAX STATEMENT

| | |
|---|---|
| PRIOR BALANCE | $.00 |
| PENALTY ASSESSMENT | 500.00 |
| INTEREST CHARGED | .00 |
| BAD CHECK PENALTY | .00 |
| BALANCE DUE | $500.00 |

WE CHARGED YOU A PENALTY OF $500 FOR FILING A TAX RETURN THAT CONTAINED FRIVOLOUS ARGUMENTS TO REDUCE TAXES OR DELAY COLLECTION OF TAXES. THE DEDUCTION YOU CLAIMED DOESN'T HAVE A LEGAL BASIS, SO IT REPRESENTS A FRIVOLOUS POSITION. 1

IF YOU WANT US TO REMOVE OR REDUCE ANY OF THE PENALTIES WE CHARGED, YOU MUST PAY THE ENTIRE PENALTY AND FILE A CLAIM FOR A REFUND ON FORM 843, CLAIM FOR REFUND AND REQUEST FOR ABATEMENT, BY MAY 21, 2003. IF THE PENALTY IS ON A RETURN THAT YOU FILED BEFORE 1990, YOU ONLY NEED TO PAY 15% OF THE PENALTY BEFORE YOU FILE A CLAIM FOR REFUND. FORM 843 IS AVAILABLE IN MOST IRS OFFICES, OR YOU CAN ORDER ONE BY CALLING TOLL-FREE 1-800-829-3676.

IF WE DENY YOUR CLAIM, YOU MAY FILE A SUIT IN THE UNITED STATES DISTRICT COURT OR CLAIMS COURT WITHIN 30 DAYS AFTER THE DATE WE DENIED YOUR CLAIM OR WITHIN SIX MONTHS AND 30 DAYS AFTER THE DATE YOU FILED YOUR CLAIM, WHICHEVER IS EARLIER.

IF YOU DON'T FILE A CLAIM OR A SUIT WITHIN THE TIME LIMITS, YOU MUST PAY THE FULL AMOUNT SHOWN.

HELPFUL HINT: FOR FASTER SERVICE, TRY CALLING US ANY DAY EXCEPT MONDAY WHEN OUR CALL VOLUMES ARE HIGHEST.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #:** ____________________

**JUDGE**______________________________

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 10 & EXHIBIT 19**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 2001.

c. The name(s), address, and identification number(s) appearing on the return are:

John H. Vories
18540 Soledad Canyon Road, #108
Santa Clarita, CA 91351
Social Security No: 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

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $3,968.00.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters # 2, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #2, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 16th day of July, 2003.

Richard Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

EXHIBIT 19 WI

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0025

Date of this notice: MAR. 31, 2003
Taxpayer Identifying Number 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
Form: 1040 Tax Period: DEC. 31, 2001

For assistance you may call us at:
1-800-829-0922

CALLER ID: 536934

JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA CA 91351-7820338

OVERPAID TAX APPLIED TO OTHER TAXES YOU OWE

WE APPLIED $3,968.00 OF THE OVERPAID TAX ON YOUR 2001 TAX RETURN TO THE UNPAID BALANCE OF OTHER FEDERAL TAXES WHICH OUR RECORDS SHOW YOU OWE.

YOU MAY STILL BE DUE A REFUND IF WE APPLIED ONLY PART OF YOUR OVERPAYMENT TO OTHER TAXES. YOU ALSO MAY BE DUE A REFUND IF YOU RECENTLY MADE A PAYMENT AGAINST THE OTHER TAXES THAT WE HAD NOT CREDITED WHEN WE APPLIED YOUR OVERPAYMENT. IN EITHER CASE, YOU WILL RECEIVE A CHECK FOR ANY REFUND DUE YOU AS LONG AS THE AMOUNT IS GREATER THAN ONE DOLLAR. YOU MUST REQUEST A REFUND OF LESS THAN ONE DOLLAR. IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT THE NUMBER LISTED ABOVE.

THE FIGURES BELOW SHOW OUR CALCULATION:

HOW WE APPLIED YOUR OVERPAYMENT

| | |
|---|---|
| AMOUNT OF OVERPAID TAX ON YOUR RETURN............ | $3,968.00 |
| AMOUNT OF INTEREST YOU EARNED ON OVERPAYMENT..... | $.00 |
| TOTAL AMOUNT DUE YOU............................ | $3,968.00 |
| TOTAL AMOUNT APPLIED............................ | $3,968.00 |
| AMOUNT YOU WILL RECEIVE AS A REFUND.............. (ANY INTEREST DUE YOU WILL BE ADDED) | $.00 |

WHERE WE APPLIED YOUR OVERPAYMENT

| FORM(S) | TAX PERIOD(S) | AMOUNT(S) APPLIED | BALANCE REMAINING |
|---|---|---|---|
| 1040 | DEC. 31, 1992 | $3,968.00 | $97.98 |

HELPFUL HINT: FOR FASTER SERVICE, TRY CALLING US ANY DAY EXCEPT MONDAY WHEN OUR CALL VOLUMES ARE HIGHEST.

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER BEST TIME TO CALL
( ) -

WI

200312 89221-070-24704-3

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0025

49

JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA CA 91351-7820338



555235151 N4 0000 30 0 199212

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #:** ____________________

**JUDGE**______________________________

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 11 & EXHIBIT 20**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 2002.

c. The name(s), address, and identification number(s) appearing on the return are:

John H. Vories
18540 Soledad Canyon Road, #108
Santa Clarita, CA 91351
Social Security No: 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

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $3,920.00.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

## II.
## CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters # 2, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

## III.
## OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #2, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 16th day of July, 2003.

Richard Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

LU4888/

EXHIBIT 20 WI

APR 0 8 2003

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0025

Date of this notice: APR. 7, 2003
Taxpayer Identifying Number 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
Form: 1040 Tax Period: DEC. 31, 2002

For assistance you may call us at:

1-800-829-0922

CALLER ID: 536934

JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA CA 91351-7820338

OVERPAID TAX APPLIED TO OTHER TAXES YOU OWE

WE APPLIED $3,920.00 OF THE OVERPAID TAX ON YOUR 2002 TAX RETURN TO THE UNPAID BALANCE OF OTHER FEDERAL TAXES WHICH OUR RECORDS SHOW YOU OWE.

YOU MAY STILL BE DUE A REFUND IF WE APPLIED ONLY PART OF YOUR OVERPAYMENT TO OTHER TAXES. YOU ALSO MAY BE DUE A REFUND IF YOU RECENTLY MADE A PAYMENT AGAINST THE OTHER TAXES THAT WE HAD NOT CREDITED WHEN WE APPLIED YOUR OVERPAYMENT. IN EITHER CASE, YOU WILL RECEIVE A CHECK FOR ANY REFUND DUE YOU AS LONG AS THE AMOUNT IS GREATER THAN ONE DOLLAR. YOU MUST REQUEST A REFUND OF LESS THAN ONE DOLLAR. IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT THE NUMBER LISTED ABOVE.

THE FIGURES BELOW SHOW OUR CALCULATION:

HOW WE APPLIED YOUR OVERPAYMENT

| | |
|---|---|
| AMOUNT OF OVERPAID TAX ON YOUR RETURN............ | $3,920.00 |
| AMOUNT OF INTEREST YOU EARNED ON OVERPAYMENT..... | $.00 |
| TOTAL AMOUNT DUE YOU............................. | $3,920.00 |
| TOTAL AMOUNT APPLIED............................. | $3,920.00 |
| AMOUNT YOU WILL RECEIVE AS A REFUND.............. (ANY INTEREST DUE YOU WILL BE ADDED) | $.00 |

WHERE WE APPLIED YOUR OVERPAYMENT

| FORM(S) | TAX PERIOD(S) | AMOUNT(S) APPLIED | BALANCE REMAINING |
|---|---|---|---|
| 1040 | DEC. 31, 1992 | $98.07 | $.00 |
| 1040 | DEC. 31, 1993 | $3,821.93 | $10,371.72 |

HELPFUL HINT: FOR FASTER SERVICE, TRY CALLING US ANY DAY EXCEPT MONDAY WHEN OUR CALL VOLUMES ARE HIGHEST.

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER BEST TIME TO CALL
( ) -

WI

200313 89221-072-38435-3

49

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0025

JOHN H VORIES
18540 SOLEDAD CYN RD APT 108
SANTA CLARITA CA 91351-7820338



553235151 VO 0000 30 0 199312

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ____________________

JUDGE: ____________________

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**NOTICE OF INDIRECTLY CASES**

The authority for this notice is RCFC 40.2 (b). This case has common issues or fact with the following proceeding now pending in this court:

Docket # 03-1625T

Richard Ortt, Petitioner
United States, Respondent

The related case is an application for habeas corpus relief, has the same issues of law, the same issues of fact and involves the same parties. The petitioner believes it would promote the efficient administration of justice if the same judge was assigned to these cases.

I hereby verify under the penalties of perjury that the foregoing is true and correct.

Executed on this 16th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066