ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #: 03-1759T

JUDGE________________

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

FILED
JUL 23 2003
U.S. COURT OF FEDERAL CLAIMS

---

**MOTION FOR LEAVE TO FILE**

The authority for this motion is RCFC 18 (a) and in support the Court is shown the following:

The petitioner is authorized by the rules to join claims for relief herein. The relief being sought is founded in Rule 18 entitled "Joinder Of Claims":

> "A party asserting a claim for relief as an original claim . . . may join . . . as many claims as the party has against the opposing party."

The relief being sought is to join a claim of the privilege of habeas corpus to a claim of an illegal federal income tax assessment. The attached action is hereby adopted herein by reference as a brief in support of joinder of this claim for relief.

Wherefore the petitioner moves for forthwith relief on the motion or in the alternative an order to issue to show cause why the relief requested in the petition should not be granted.

Executed on this 16th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066