ORIGINAL

***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

FILED
AUG 27 2003
U.S. COURT OF FEDERAL CLAIMS

RICHARD ORTT,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

) No. 03-1759T
) (Judge Baskir)
) (ADR Judge Horn)

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert N. Dorosin as attorney of record for the United States. Service of all papers by the opposing party should be addressed as follows:

Robert N. Dorosin, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

August 27, 2003

Robert N. Dorosin

Robert N. Dorosin
Justice Department (Tax)
Court of Federal Claims Section
202-307-6495

P5

CERTIFICATE OF SERVICE

I certify that service of the foregoing Notice of Appearance has, this 27th day of August, 2003, been made Plaintiff by mailing a copy thereof, in a postage paid envelope, to the following address:

Richard Ortt
304 La Rue France
Suite 206
Lafayette, Louisiana 70508

Court of Federal Claims Section
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440