ORIGINAL

# In the United States Court of Federal Claims

Case No. 03-1759T
(Filed: September 26, 2003)

FILED
SEP 26 2003
U.S. COURT OF FEDERAL CLAIMS

**********************************************
RICHARD ORTT, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**********************************************

## ORDER OF DISMISSAL

The Plaintiff, Richard Ortt, has filed a complaint *pro se*, apparently seeking a refund for taxes paid in 1990 by taxpayer John H. Vories. **Because Mr Ortt was the tax preparer, he has no standing to sue, and his Complaint is hereby dismissed.**

This is one of several Complaints Mr. Ortt has filed in recent months. Many are similar in text, argument, and filings, save only that they vary as to taxpayer and tax year. A number have been dismissed on the grounds of standing. The Complaints follow the same pattern: They read literally as suits for habeas corpus and they are accompanied by other filings seeking a show cause order, amended motions for leave to file other documents, and “special circumstance” filings. They seek to name other parties, including the Secretary of State. As best that can be determined, the refund is for taxes paid upon earned income, which Mr. Ortt claims is unconstitutional; the income tax properly pertains only to unearned income.

Mr. Ortt's Complaint 03-1945T, seeking a refund as tax preparer for taxpayers Leland K. and Gina K. Pa for their 2000 tax return was dismissed on August 20, 2003. In the Order, Judge Merow stated:

> Mr. Ortt is not an attorney admitted to practice before this court. Thus, he cannot file a claim in this court on behalf of the taxpayers concerned. RCFC 83.1(c)(8). To the extent Mr. Ortt is asserting entitlement a portion of any refund that might be awarded to the taxpayers, any such assignment of the refund claim by the taxpayers to Mr. Ortt, prior to the allowance of the claim, would be invalid. 31 U.S.C. § 3727; *Wooten v. United States*, 114 Ct. Cl. 608, 86 F. Supp. 143 (1949); *cert. denied*, 339 U.S. 903 (1950); *Wall Street Industries v. United States*, 10 Ct. Cl. 82, 106 (1986). Therefore, Mr. Ortt has no claim to the taxpayers' refund he could assert in a complaint filed in this court.

We adopt Judge Merow's reasoning.

Accordingly, Mr. Ortt's "Amended Motion for Leave" executed on August 18, 2003, and "Motion to Amend" executed September 19, 2003, are being returned to him with this Order of Dismissal.

A similar Order of Dismissal is being entered this day in *Richard Ortt v. US,* Case No. 03-1755T.

**IT IS SO ORDERED.**

LAWRENCE M. BASKIR
Judge

Docket No. 3-1759

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Baskir
FROM: CLERK'S OFFICE

The attached was received on 9/23/03
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ______________ [Rule 7.1]

2. X Proof of service: [Rule 5.1]
   ✓ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   ✓ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ______ | Re: ______________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules for the filing of this item
7. ____ ______________________

J.T.
Deputy Clerk

Docket No. 3-1759

UNITED STATES COURT OF FEDERAL CLAIMS

MEMORANDUM

TO: JUDGE Baskir
FROM: CLERK'S OFFICE

The attached was received on 8/21/03
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ______________ [Rule 7.1]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ______ | Re: ________________________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. X No provision in the Rules for the filing of this item
7. ____ ________________________________

I.T.
Deputy Clerk