ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #:** 03-1759T

**JUDGE** Lawrence M. Baskir

FILED
OCT 27 2003
U.S. COURT OF FEDERAL CLAIMS

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**MOTION FOR RELIEF FROM JUDGMENT**

The motion for relief from an order issued on September 26, 2003 is authorized by RCFC Rule 60 (b). The petitioner made a mistake by seeking relief as a third party in a refund proceeding. The petitioner is moving for relief from the order of dismissal based on the amended pleadings herein.

Wherefore the amended pleading herein is adopted by reference in support and the petitioner moves for the following alternative relief:

1) An order to issue to reopen the pleading based on the fact that the petitioner made a mistake;

2) Or an order to issue to show cause why the relief should not be granted;

3) Or an order for transfer if the court lacks jurisdiction to grant the relief shown herein.

The petitioner is also moving for judicial notice of the adjudicated facts herein pursuant to Federal Evidence Rule 301 (b) and (d).

Executed on this 24th day of October, 2003.

Richard J. Ortt
Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066

JWP
9

## CERTIFICATE OF SERVICE

UNITED STATES

I hereby affirm that a copy of the foregoing was caused to be served by delivering a copy of the same by a method requiring signature, postage paid and properly addressed to the following parties:

Respondent

Robert N. Dorosin, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044

I declare under the penalties of perjury that the foregoing is true and correct.

Sent on 24th day of October, 2003

Richard Ortt
304 La Rue France, Suite 204
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066