ORIGINAL

# In the United States Court of Federal Claims

Case No. 03-1759T
(Filed: October 30, 2003)

FILED
OCT 30 2003
U.S. COURT OF FEDERAL CLAIMS

************************************************

RICHARD ORTT,
*Plaintiff,*

v.

THE UNITED STATES OF AMERICA,
*Defendant.*

************************************************

## ORDER

The Plaintiff, Richard Ortt, filed a Complaint *pro se*, apparently seeking a refund for taxes paid in 1990 by taxpayer John H. Vories. Because Mr. Ortt was the tax preparer and, therefore, lacked standing, this Court dismissed his Complaint in an Order of Dismissal dated September 26, 2003.

Mr. Ortt filed a Motion for Relief from Judgment on October 27, 2003, using the identical criteria used in his Case No. 03-1755T, which was denied on October 20, 2003. Therefore, the Motion for Relief from Judgment filed for this case, No. 03-1759T, is also DENIED, and for the same reasons, to wit:

In Mr. Ortt's Motion for Relief from Judgment, he admits that he "made a mistake by seeking relief as a third party in a refund proceeding." However, he does not offer any grounds for reopening the pleadings other than the fact he made a "mistake." Rule 60(b) gives this Court the discretion to "relieve a party... from a final judgment, order, or proceeding for ... mistake, inadvertence, surprise, or excusable neglect." (West 2003). Rule 60(b)'s remedy is an extraordinary one, which a court will not grant unless the "moving party satisfactorily demonstrates that relief is warranted due to unusual or unique circumstances." *Bucci by Bucci v. Secretary of the Dep't of Health & Human Servs.*, 32 Fed. Cl. 330, 333 (1994).

10

Mr. Ortt attempted to file additional papers with this Court. Because the filings restate matters already rejected by our Order of Dismissal we do not accept them. **The Clerk is directed to return these filings to Mr. Ortt. The Clerk is further directed not to accept future papers which are inconsistent with the Rules of this Court.**

**IT IS SO ORDERED.**

**LAWRENCE M. BASKIR**
**Judge**